In the Matter of the Transfer Tax upon the Estate of SAMUEL D. COYKENDALL, Deceased.

STATE TAX COMMISSION, Appellant; EDWARD COYKENDALL, as Executor and Trustee, Respondent.

*Tax — transfer tax — application for readjustment of tax upon falling in of remainders.*

*Matter of Coykendall (Estate)*, 208 App. Div. 756, affirmed.
(Argued May 13, 1924; decided May 23, 1924.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1924, which reversed an order of the Ulster County Surrogate's Court modifying a prior order fixing the transfer tax upon the estate of Samuel D. Coykendall, deceased. The State Tax Department sought a new taxation of the estate upon the ground that by reason of the death of the decedent's widow and two children, the State is entitled to retax the estate of the decedent, and to an additional tax upon it.

*Charles A. Curtin* and *A. Welles Stump* for appellant. *A. T. Clearwater* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.